

**U.S. Department of Justice**

Civil Division

---

*International Trade Field Office*  *Phone 212-264-9230*
*Commercial Litigation Branch*  *Fax   212-264-1916*
*26 Federal Plaza Room 346*
*New York, New York 10278-0140*

AJV:KN

August 16, 2021

Mr. Mario Toscano
Clerk of the Court
United States Court
of International Trade
One Federal Plaza
New York, NY 10007

     Re:    DSM Nutritional Products, Inc. v. United States
              Court Nos. 10-00268, etc., as per attached schedule

Dear Mr. Toscano:

     The parties have agreed that the enclosed documents are suitable for use as duplicates for the missing entry papers for the actions referenced on the attached schedule. We therefore request that you place them in the official court files as reconstructions of the entries.

                         Very truly yours,

                         */s/ Alexander J. Vanderweide*
                         Alexander J. Vanderweide
                         Senior Trial Attorney
                         International Trade Field Office

Enclosures

DSM Schedule of Court Nos.

10-00268
11-00287
15-00302
17-00239
17-00074
17-00075